# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**

**McALLEN DIVISION**

UNITED STATES OF AMERICA
V.

**Jose Luis GAYTAN-Alcala**

IAE   YOB: 1981
**Mexico**

(Name and Address of Defendant)

United States Courts
Southern District of Texas
FILED
*March 15, 2022*
Nathan Ochsner, Clerk of Court

## CRIMINAL COMPLAINT

Case Number: M-22- 0534 -M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **March 13, 2022** in **Hidalgo** County, in the **Southern** District of **Texas** defendants(s) did,
*(Track Statutory Language of Offense)*

being then and there an alien who previously has been deported from the United States to Mexico in pursuance of law, and thereafter was found near Edinburg, Texas within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326(a)(b)   (Felony)**
I further state that I am a(n) **Deportation Officer** and that this complaint is based on the following facts:

On March 13, 2022, Jose Luis GAYTAN-Alcala a citizen of Mexico was encountered by Immigration Officers at the Hidalgo County Jail in Edinburg, Texas. An Immigration Detainer was placed upon the defendant and was subsequently remanded into the custody of Immigration and Customs Enforcement on March 15, 2022. Record checks revealed the defendant was deported, excluded or removed from the United States to Mexico on August 25, 2020 via El Paso, Texas. The defendant was instructed not to return without permission from the Attorney General or the Secretary of Homeland Security of the United States. On June 22, 2017, the defendant was convicted of 21 USC 841, Conspiracy to Possess with Intent to Distribute Methamphetamine and sentenced to Sixty (60) months to the custody of the United States Federal Bureau of Prisons and five (5) years supervised release term.

I declare under penalty of perjury that the statements in this complaint are true and correct. Executed on March 15, 2022.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

Complaint approved by AUSA E. Rodriguez

/s/ Arnulfo Rodriguez
**Signature of Complainant**

Submitted by reliable electronic means, sworn to and attested to telephonically per Fed.R.Cr.P.4.1 and probable cause found on:

**Arnulfo Rodriguez   Deportation Officer**
Printed Name and Title of Complainant

March 15, 2022   -4:47pm
**Date**

at **McAllen, Texas**
City and State

**Juan F. Alanis   U.S. Magistrate Judge**
Name and Title of Judicial Officer

Signature of Judicial Officer